| Return | | |
|---|---|---|
| Case No.: 5:11-mj-1188 | Date and time warrant executed: March 14, 2011 6:00PM | Copy of warrant and inventory left with: Robert Brian Minish |
| Inventory made in the presence of: SA Phillip Kelly, SA John Durkee | | |

Inventory of the property taken and name of any person(s) seized:

Dell Laptop, S/N 0789834989122
(2) Hard drives, S/Ns 1269386 and WMA8H2542285
Laptop, S/N 0029336605
Hard drive, S/N CQM8G61
Tax Documents
Laptop, S/N 03J10-12961-29B
(2) Hard drives, S/N, WMA6Y3427645 and USB2 Brand (no S/N)
Rifle heat shield
M14 magazines, some bearing NSNs 1005-628-9048-B053 and 1005-00-628-9048
M15 tripod, marked 63848 (no S/N)
Various weapons parts
Various weapons parts with ATF letter of destroyed gun parts
M57 detonation cord initiators
Spool of practice/inert detonation cord
Rocket HE shoulder fire tube "ANTITANE M72A2 Lot LS-222-11"
M49 Telescope observation, S/N 46066 in M164 Telescope case
Forgrip to Winchester 1200 shotgun
M14 barrel, S/N 2119548
Large tool bin "918" and small tool bin "ML-777-TF
(2) Cabinet storage units NSN 7125-00-335-0292
(2) Ammo canisters "240 Cartridges, .30 cal ball M2"
Ammo canister containing (202) 7.62 ball rounds
Ammo canister containing stripper clips and (248) 7.62 ball rounds
(4) spent rounds, 7.62 ball
Ammo canister containing (4) bandoliers, (2) stripper clips, (4) speed loaders, (240) rounds
Claymore mine "practice"
Fragment grenade (destroyed 14Mar11 by NCSBI, EOD)

FILED
MAR 17 2011
DENNIS P. IAVARONE
US DISTRICT COURT, EDNC
BY _____ DEP CLK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: March 17, 2011

Sworn to before me and signed in my presence.

_____ March 17, 2011
Date

_____
Executing officer's signature

Catherine M. Mulhern, Special Agent
Printed name and title

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>400 Mabry Mill Road<br>Henderson, NC, any outbuildings, vehicles located<br>at/near said premesis in control of Robert Minish | )<br>)<br>) Case No. 5:11-mj-1188<br>)<br>) **SEALED**<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  **Eastern**  District of  **North Carolina**
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  *March 28, 2011*
                                                                                                    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Robert B. Jones, Jr.                                                                                  .
                          *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for  _____  days *(not to exceed 30)*.
                                                                                ☐ until, the facts justifying, the later specific date of  _____  .

Date and time issued:  *March 14, 2011*                        *[signature]*
                                       *1:03 pm*                                    *Judge's signature*

City and state:  Wilimington, North Carolina                        Robert B. Jones, Jr.
                                                                                              *Printed name and title*

*orig to agent*